# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2935

_____

BASAVARAJ HOOLI,

Petitioner,

v.

COMPLETE BUSINESS SOLUTIONS,
RAMONA DRIVER ARENAS,
DEQUEEN MEDICAL CENTER,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

June 3, 2026

PER CURIAM.

DISMISSED.

RAY, WINOKUR, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Basavaraj Hooli, pro se, Petitioner.

No appearance for Respondent.